UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| THERESA HART, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civil No. 07-0755 (RJL) ) |
| DISTRICT OF COLUMBIA, | ) ) |
| Defendant. | ) ) ) |

**DEFENDANT'S CONSENT MOTION FOR ENLARGEMENT OF TIME
TO RESPOND TO COMPLAINT**

The Parties, by counsel and pursuant to Fed. R. Civ. P. 6 (b)(1), hereby move this Court for an enlargement of time-to October 5, 2007-for Defendant to respond to the Complaint herein.

On August 20, 2007, Plaintiff filed a claim for injunctive relief brought under the Individuals With Disabilities Education Improvement Act of 2004, 20 U.S.C. §§ 1400 et seq. ("IDEIA").  In order to respond to this Complaint, the claims must be researched by individuals at DCPS responsible for this subject matter, and must be addressed in this Court by undersigned counsel. Given the complexity of the claims, occurring over a two-year period of time, and the documents required to be reviewed (and asserted facts verified), however, it is simply not possible for the necessary work to be concluded, and properly responded to in the 20 day period normally allowed for response to complaints under the Federal Rules and the Rules of this Court.

Accordingly, a 25- day enlargement of time to respond to the complaint is respectfully requested. Plaintiff's counsel has agreed to a grant of this motion.

    Respectfully submitted,

    LINDA SINGER
    Attorney General for the
    District of Columbia

    GEORGE C. VALENTINE
    Deputy Attorney General
    Civil Litigation Division

    */s/ Edward P. Taptich*
    EDWARD P. TAPTICH [#012914]
    Chief, Equity Section II

    */s/ Amy Caspari*
    Amy Caspari [#488968]
    Assistant Attorney General
    441 Fourth Street, N.W.
    Sixth Floor South
    Washington, D.C. 20001
    (202) 724-7794

September 7, 2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| THERESA HART, | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| v. | ) Civil No. 07-0755 (RJL) |
|  | ) |
| DISTRICT OF COLUMBIA, | ) |
|  | ) |
| Defendant. | ) |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
DEFENDANT'S CONSENT MOTION FOR ENLARGEMENT OF TIME**

1. Rule 6(b)(1), Federal Rules of Civil Procedure.
2. Consent of the Plaintiff.

                                                                        Respectfully submitted,

                                                                         LINDA SINGER
                                                                         Attorney General for the
                                                                         District of Columbia

                                                                         GEORGE C. VALENTINE
                                                                         Deputy Attorney General
                                                                         Civil Litigation Division

                                                                         */s/ Edward P. Taptich*
                                                                         EDWARD P. TAPTICH [#012914]
                                                                         Chief, Equity Section II

                                                                         */s/ Amy Caspari*
                                                                         Amy Caspari [#488968]
                                                                         Assistant Attorney General
                                                                         441 Fourth Street, N.W.
                                                                         Sixth Floor South
                                                                         Washington, D.C. 20001
                                                                         (202) 724-7794

September 7, 2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **THERESA HART,** | ) |
| **Plaintiff,** | ) |
| v. | ) Civil No. 07-0755 (RJL) |
| **DISTRICT OF COLUMBIA,** | ) |
| **Defendant.** | ) |

## **ORDER**

Upon consideration of the Defendant's September 7, 2007, Consent Motion for Enlargement of Time to Respond to Complaint, it is on this _____ day of September, 2007, hereby

**ORDERED,** that Defendant's time to answer the Complaint is extended to October 5, 2007.

_____
United States District Court Judge