IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **THERESA HART**<br>            **Plaintiff,**<br><br>v.<br><br>**DISTRICT OF COLUMBIA**<br>            **Defendant.** | )<br>)<br>)<br>)   Civil Action No. 07-0755<br>)   (RJL)<br>)<br>)<br>)<br>) |

## PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE

Plaintiff Theresa Hart, responds to the Court's Show Cause Order as follows.

The Plaintiff filed her Complaint in this matter on April 25, 2007. The Court issued a summons, and Plaintiff's counsel assigned someone to effect service on the Defendant. Unfortunately, after serving the Complaint the process server misplaced the return of service. The process server stated her certainty that she had served the complaint, and she was willing to attest to that fact, but without the return of service the precise date and time that the Complaint was served was unknown.

Accordingly, having no documented proof that the Complaint had been served, and having not received an Answer from the Defendant, rather than open a pointless dispute with the Defendant, Plaintiff's counsel obtained a second summons from the Court and served the Defendant on August 22, 2007, within 120 days of filing the Complaint. See Exhibit 1.[1]

The Defendant has since acknowledged by filing its Motion for Extension of

---

[1] As the Court is aware, the return of service form issued with a summons does not contain any identification of the case or any place on the form for entering that information. Plaintiff's counsel has suggested to the Clerk that the form be modified slightly. The Clerk has informed counsel that the return of service form originates from outside this Court, and has graciously forwarded the suggestion to the appropriate individuals.

Time to File Answer, which was filed on September 7, 2007 and granted by the Court on September 10, 2007.

Wherefore, the Plaintiff has complied with the Federal Rules of Civil Procedure and the Local Rules, the Defendant has been served, and this action should not be dismissed.

Respectfully submitted,

/s/ Douglas Tyrka
Douglas Tyrka, #467500
Tyrka & Associates, LLC
1726 Connecticut Ave., NW, Suite 400
Washington, D.C.  20009
Phone:  (202) 265-4260
Fax:  (202) 265-4264

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | 8/22/07 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Camille McKenzie | Office Manager |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: Mayor Office
1350 Pennsylvania Ave NW   rm 419   WDC 20004

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Tabatha Braxton

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $10.88 | $3.62 | $19.50 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8/22/07
              Date

Signature of Server: Camille McKenzie

Address of Server: 1726 Connecticut Ave NW  WDC 20009

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.