UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THERESA HART, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 07-0755 (RJL) |
| | ) |
| DISTRICT OF COLUMBIA, | ) |
| | ) |
| Defendant. | ) |

### DEFENDANT'S ANSWER TO COMPLAINT

Defendant, by counsel, hereby answers Plaintiff's Complaint as follows (paragraph numbers below correspond to the paragraph numbers in the Complaint):

1. Defendant admits the allegations in the first sentence of paragraph 1. The remaining allegations in paragraph 1 are the pleader's conclusions, to which no response is required. If a response is required, then the same are denied.

2. The allegations in paragraph 2 are the pleader's conclusions of law, to which no response is required. If a response is required, then the same are denied.

3. Defendant admits the allegations in paragraph 3.

4. Defendant lacks knowledge and information sufficient to enable it to answer the allegations in paragraph 4 at this time.

5. Defendant admits the allegations in paragraph 5.

6. Defendant admits the allegations in paragraph 6.

7. Defendant admits the allegations in paragraph 7.

8. Defendant admits the allegations in paragraph 8.

9. Defendant lacks knowledge and information sufficient to enable it to answer the allegations in paragraph 9 at this time.

10. Defendant admits the allegations in paragraph 10.
11. Defendant admits the allegations in paragraph 11.
12. Defendant admits the allegations in paragraph 12.
13. Defendant admits the allegations in paragraph 13.
14. Defendant admits the allegations in paragraph 14.
15. Defendant lacks knowledge and information sufficient to enable it to answer the allegations in paragraph 15 at this time.

16. Defendant admits the allegations in paragraph 16.
17. Defendant admits the allegations in paragraph 17.
18. Defendant admits the allegations in paragraph 18.

## COUNT I

19. Defendant incorporates as though restated each of the answers stated in paragraphs 1 through 18 above.

20. The allegations in paragraph 20 are the pleader's conclusions of law, to which no response is required. If a response is required, then the same are denied.

21. The allegations in paragraph 21 are the pleader's conclusions of law, to which no response is required. If a response is required, then the same are denied.

22. The allegations in paragraph 22 are conclusions of the pleader, to which no response is required. If a response is required, then the same are denied.

## COUNT II

23. Defendant incorporates as though restated each of the answers stated in paragraphs 1 through 22 above.

24. The allegations in paragraph 24 are the pleader's conclusions of law, to which no response is required. If a response is required, then the same are denied.

25. The allegations in paragraph 25 are the pleader's conclusions of law, to which no response is required. If a response is required, then the same are denied.

26. The allegations in paragraph 26 are conclusions of the pleader, to which no response is required. If a response is required, then the same are denied.

## COUNT III

27. Defendant incorporates as though restated each of the answers stated in paragraphs 1 through 26 above.

28. The allegations in paragraph 28 are the pleader's conclusions of law, to which no response is required. If a response is required, then the same are denied.

29. The allegations in paragraph 29 are the pleader's conclusions of law, to which no response is required. If a response is required, then the same are denied.

30. The allegations in paragraph 30 are conclusions of the pleader, to which no response is required. If a response is required, then the same are denied.

**BY WAY OF FURTHER ANSWER**, the Defendant denies all allegations contained in the complaint not otherwise responded to or admitted.

## FIRST AFFIRMATIVE DEFENSE

This Court is without jurisdiction because Plaintiff has failed to state a claim upon which relief can be granted.

## SECOND AFFIRMATIVE DEFENSE

This Court is without jurisdiction because failed to exhaust her administrative remedies.

### THIRD AFFIRMATIVE DEFENSE

The Hearing Officer's Decision is supported by substantial evidence in the administrative record and should be affirmed.

        Respectfully submitted,

        LINDA SINGER
        Acting Attorney General
        for the District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General
        Civil Litigation Division

        */s/ Edward P. Taptich*
        EDWARD P. TAPTICH [#012914]
        Chief, Equity Section II

        */s/ Amy Caspari*
        AMY CASPARI [#488968]
        Assistant Attorney General
        441 Fourth Street, N.W.
        Sixth Floor South
        Washington, D.C. 20001
        (202) 724-7794

October 1, 2007