THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THERESA HART )<br>        Plaintiff, )<br> )<br>v. )<br> )<br> )<br>DISTRICT OF COLUMBIA )<br>        Defendant. )<br> ) | Civil Action No. 07-0755 RJL |

**REPORT OF PARTIES UNDER LOCAL RULE 16.3**

**Joint Statement of the Case and its Bases**

The Plaintiff brought her case under the federal Individuals with Disabilities Education Act, 20 U.S.C. § 1400 *et seq.*, on behalf of her minor son, E.H.. The Plaintiff seeks a declaratory judgment and an injunction ordering the District of Columbia Public Schools ("DCPS") to convene a multidisciplinary team ("MDT") meeting to develop a compensatory education plan for E.H..

The Plaintiff has received an administrative decision denying the relief requested in this case.

**Parties' Proposed Schedule**

The Parties have conferred regarding scheduling, and state as follows:

1. The Parties expect the case to be resolved by dispositive motion.

2. The Parties have attempted to narrow the issues in dispute, but have failed to do so.

3. The Parties do not wish the case to be referred to a magistrate judge.

1

4. The Parties are currently discussing settlement.

5. The Parties do not think that this case would benefit from ADR.

6. The Parties propose the following deadlines:

    a. November 19, 2007 – administrative record and transcript filing by Defendant;
    b. December 10, 2007 – Plaintiff's summary judgment motion;
    c. January 7, 2008 – Defendant's opposition and cross-motion for summary judgment;
    d. January 21, 2008 – Plaintiff's opposition and reply;
    e. February 4, 2008 – Defendant's reply.

7. The Parties stipulate to dispense with the requirements of Rule 26(a)(1).

8. The Parties do not currently believe that discovery or experts will be necessary.

9. The Parties propose that all other scheduling be decided if necessary following the resolution of the motions for summary judgment.

> Respectfully submitted,
>
> /s/ Douglas Tyrka /s/
> Douglas Tyrka, #467500
> Tyrka & Associates, LLC
> 1726 Connecticut Ave., NW, Suite 400
> Washington, D.C.  20009
> Phone:  (202) 265-4260
> Fax:  (202) 265-4264
> tyrka@tyrkalaw.com
>
> /s/ Amy Caspari /s/
> Amy Caspari
> Assistant Attorney General
> Office of the Attorney General for the District of Columbia
> 441 4th Street, N.W., 6th Floor South
> Washington, DC  20001

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |   |
|---|---|---|
| **THERESA HART** | ) | |
| Plaintiff, | ) | |
|  | ) | |
|  | ) | Civil Action No. 07-0755 |
| v. | ) | RJL |
|  | ) | |
|  | ) | |
| **DISTRICT OF COLUMBIA** | ) | |
| Defendant. | ) | |
|  | ) | |

**PROPOSED ORDER**

On consideration of the Report of Parties Under Local Rule 16.3, it is hereby ORDERED that the parties shall comply with the following deadlines:

1) the Defendant shall file the administrative record and transcript on or before November 19, 2007;

2) the Plaintiff shall file her Motion for Summary Judgment on or before December 10, 2007;

3) the Defendant shall file its Opposition and Cross-Motion for Summary Judgment on or before January 7, 2007;

4) the Plaintiff shall file her Opposition and Reply on or before January 21, 2008; and

5) the Defendant shall file its Reply on or before February 4, 2008.

SO ORDERED.

_____
Richard J. Leon
United States District Judge